**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SANDRA K. PRITCHARD,

    Plaintiff,

vs.                                      CASE NO. 3:04-cv-1229-J-32HTS

SHANDS JACKSONVILLE
MEDICAL CENTER, INC.,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on Defendant's Motion to File Deposition Excerpts Under Seal (Doc. #27; Motion), to which it is represented Plaintiff has no objection. *See* Notice to Court Regarding Defendant's Motion to File Deposition Excerpts Under Seal (Doc. #29) at 1.

    Defendant seeks to file under seal deposition excerpts "which refer to medical treatment and diagnoses[.]" Motion at 2. It bases its request on a written policy issued by the Clerk that states caution should be exercised when filing documents containing sensitive information. *See id.* However, the policy does not forbid the filing of sensitive material and actually condones it where inclusion of the information "is necessary and relevant to

the case." Office of the Clerk, Policy on Sensitive Information in Case Files Accessible Through Pacer (Clerk's Policy) (2004) at 1.

To the extent the excerpts at issue are neither necessary nor relevant, the Court is of the view they need not be filed. Alternatively, if the excerpts can serve their purpose with the sensitive information redacted, the filing of redacted versions of the documents would seem the proper course. However, it appears Defendant considers Plaintiff's testimony about her medical treatment important to the Court's resolution of pending disputes. *See, e.g.,* Defendant's Motion for Rule 35 Examination of Plaintiff (Doc. #28) at 2. In that case, the Clerk's Policy would not prohibit submission of the testimony.

Nevertheless, in view of the parties' positions and the privacy interests at stake, the Motion (Doc. #27) is **GRANTED** to the extent Defendant may file the excerpts at issue under seal within eleven (11) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of August, 2005.

<u>/s/          Howard T. Snyder          </u>
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and *pro se* parties, if any