UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SANDRA K. PRITCHARD,

        Plaintiff,

vs.                                   CASE NO. 3:04-cv-1229-J-32HTS

SHANDS JACKSONVILLE
MEDICAL CENTER, INC.,

        Defendant.

_____

**O R D E R**

This cause is before the Court on the following matters:

1. Defendant's Motion for Extension of Expert Witness Disclosure Deadline (Doc. #25; Motion), filed on August 2, 2005. The Motion is Opposed.  Plaintiff's Response to Defendant's Motion for Extension of Expert Witness Disclosure Deadline (Doc. #33; Opposition), filed on August 12, 2005.

Defendant seeks a two-week extension of the August 8, 2005, deadline for service of expert reports "so that the Court may rule on a Rule 35 Motion."  Motion at 9.  Its "expert is available to [conduct a Rule 35 examination of] Plaintiff on August 8, 10, 11, 15, or 16, 2005."  *Id.* at 9 n. 8; *see also* Defendant's Motion for Rule 35 Examination of Plaintiff (Doc. #28; Motion for Examination), filed on August 3, 2005, at 9.  However, since the Motion for Examination was not ripe for decision when these dates

passed, and the new deadline sought has also lapsed, the Motion (Doc. #25) is **DENIED** as **MOOT**.

2. Defendant's Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion for Extension of Expert Witness Disclosure Deadline (Doc. #34), filed on August 15, 2005, which is **DENIED** as **MOOT** in view of paragraph 1.

3. The Motion for Examination (Doc. #28), which is **DENIED** as **MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of August, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
     and *pro se* parties, if any

2